FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 26 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

MENDEL REIZES
on behalf of himself and
all other similarly situated consumers

                      Plaintiff,

   -against-

NATIONAL CREDITORS COLLECTION, INC.

                    Defendant.

-------------------------------------------------

Case No. 1:18-cv-01258-SJ-RER

Hon. Sterling Johnson, Jr.

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and jointly requested by Plaintiff MENDEL REIZES ("Plaintiff") and Defendant NATIONAL CREDITORS CONNECTION, INC., erroneously sued as National Creditors Collection, Inc. ("Defendant"), through their respective counsel, that the above-entitled action shall be dismissed in its entirety, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

**IT IS SO STIPULATED.**

Dated: November 26, 2018

SO ORDERED
On this 20 day of December 2018
/s/(SJ)
STERLING JOHNSON, JR., U.S.D.J.

/s/ Adam J. Fishbein
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
Telephone: (516) 668-6945

Email: fishbeinadamj@gmail.com

{00105043;1}         1